**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1573

_____

| | | |
|---|---|---|
| Stacy Lorraine Critel, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| Curtis H. Evans, County Judge, York | * | Appeal from the United States |
| County, NE; James Truell; Randy Stoll; | * | District Court for the |
| Charles W. Campbell, York Nebraska | * | District of Nebraska |
| County Attorney; Ron Dickerson; Ron | * | |
| Murtaugh; Nebraska State Patrol, Crime | * | [UNPUBLISHED] |
| Lab Pam Zilly; County of York, Sheriff | * | |
| Department; Unknown Does, 1 to 99, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 2, 1997
Filed: July 21, 1997

_____

Before McMILLIAN, FAGG and LOKEN, Circuit Judges.

_____

PER CURIAM.

Stacy Lorraine Critel appeals from a final order of the United States District Court[1] for the District of Nebraska, dismissing her complaint with prejudice for failing

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, adopting the report and recommendation of the Honorable David L.

to comply with Federal Rule of Civil Procedure 8, and denying her motion for summary judgment. We have carefully reviewed the record and we affirm on the basis of the district court's opinion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

Piester, United States Magistrate Judge for the District of Nebraska.